UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>NATALIYA R. ZINYAK<br><br>Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 16-01278<br><br>Chapter: 7<br><br>Honorable Pamela S. Hollis<br><br>Adv. No.: |

**ORDER MODIFYING AUTOMATIC STAY**

THIS MATTER COMING TO BE HEARD on the Motion filed by V Mortgage REO 3 LLC to modify the Automatic Stay, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Automatic Stay against V Mortgage REO 3 LLC, and its agent or assigns be, and the same is modified pursuant to §362(d) of the United States Bankruptcy Code as to the real property commonly known as 230 E MAXON LN, STREAMWOOD, IL 60107.

Enter: *[signature]*

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: March 01, 2016

**Prepared by:**

LAW OFFICES OF IRA T. NEVEL, LLC
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Richard Drezek
Nathan J. Buikema
Brian D. Nevel
175 North Franklin St. Suite 201